IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CORRI DITTIMUS-BEY, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ERIC TAYLOR, et al., <br><br> Defendants. | HON. JEROME B. SIMANDLE <br><br> Civil No. 05-063 (JBS/JS) <br><br> **ORDER** |

In its supervisory capacity in this class action, the Court invited submissions under seal from the parties relating to Camden County's search for a jail population manager. [Docket Item 148.] Plaintiffs filed a memorandum in response. [Docket Item 151.] Because the personnel decision has now been finalized, and pursuant to the Court's Sealing Order,

IT IS, this **12th** day of **November**, **2013**, hereby

ORDERED that the seal be lifted on Plaintiffs' submission [Docket Item 151] regarding the County personnel decision; the submission shall be available on the public docket; and it is further

ORDERED that the continuation of Lisa M. Rodriguez as Class Counsel is consistent with the Rules of Professional Conduct and the obligations of adequate class counsel under Rule 23(g), Fed. R. Civ. P.

        **s/ Jerome B. Simandle**
        JEROME B. SIMANDLE
        Chief U.S. District Judge