**SCHNADER HARRISON SEGAL & LEWIS** LLP
**LISA J. RODRIGUEZ**
**New Jersey Managing Partner**
**Woodland Falls Corporate Park**
**220 Lake Drive East, Suite 200**
**Cherry Hill, New Jersey 08002-1165**
**Phone: (856) 482-5222 ▪ Fax: (856) 482-6980**
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CORRI DITTIMUS BEY, *et al.* *Plaintiffs,* v. CAMDEN COUNTY CORRECTIONAL FACILITY, *et. al.* *Defendants.* | CIVIL ACTION NO. 1:05-cv-00063-KMW-MJS **DISBURSEMENT ORDER** |

This Court having entered an Order granting Plaintiff's Counsel's motion to deposit the $1,000.00 incentive award payable to Class Representative Donald Rudd into the Court's Registry on September 15, 2017 [Dkt. 228]; and plaintiff's Counsel having now located Donald Rudd; and the Court having considered the Certification of Counsel, with Exhibit, and for good cause shown:

IT IS on this 27th day of October 2022,

**ORDERED** that the money in the total amount of $1,000.00, plus any accrued interest be disbursed to class representative Donald Rudd.

KAREN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

PHDATA 8315415_1